AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

B & B ENTERTAINMENT, INC., et al.,

       Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

vs.

**PASTOR WILLIAM R. DUNFEE, et al.,**

CASE NO. C2-07-875
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed June 30, 2009, JUDGMENT is hereby entered for Defendants. This case is DISMISSED.**

Date: June 30, 2009

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk